*GEREMIA & DEMARCO, Ltd.*
*Attorneys at Law*
*Village on Vine*
*620 Main Street, CU 3A*
*East Greenwich, Rhode Island 02818*

*Louis A. Geremia*
*Paul DeMarco*
*Lisa A. Geremia*

*(401) 885-1444*
*Telephone*

*(401) 471-6283*
*Facsimile*

January 12, 2016

Clerk
U. S. Bankruptcy Court
380 Westminster Street, 6th floor
Providence, RI 02903

**RE:   Nihad Blazevic and Elida Blazevic; Chapter 7; Bk. No. 13-10154**

Dear Clerk:

Enclosed is a check in the amount of $12,870.57 representing the Debtors' surplus funds in the above referenced bankruptcy estate. The check was originally issued on September 14, 2015 and has not been cashed within ninety (90) days of issuance.

Please feel free to contact me if you should have any questions.

Very truly yours,

Lisa A. Geremia, Esquire
Chapter 7 Trustee

cc:   Office of the U.S. Trustee
      Stephen P. Levesque, Esquire

Enclosure

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

**Rabobank, N.A.**
Santa Maria, CA
Phone: 800-465-2415 for Rabobank Specialty Deposits

| Case | Debtor |
|---|---|
| 13-10154 DF | BLAZEVIC, NIHAD |
| 5009105666 | BLAZEVIC, ELIDA |
| Unclaimed Funds; Debtors' did not cash surplus check (check no. 114) | |

VOID AFTER 90 DAYS    115
90-3715 / 1222
TID #590140
LISA A. GEREMIA, TRUSTEE
620 MAIN STREET, CU 3A
EAST GREENWICH RI 02818

Date 01/12/2016    $ ******12,870.57

~~~Twelve Thousand Eight Hundred Seventy Dollars and 57/100

Pay to the Order of   Registry
U.S. Bankruptcy Court
380 Westminster Street, 6th Floor
Providence, RI 02903

LISA A. GEREMIA, TRUSTEE

⑴"000000115⑴"  ⑴:122237159⑴:  50091C

UNITED STATES
BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND
PROVIDENCE DIVISION

# 72328    — JT

January 15, 2016
13:44:55

REGISTRY
13-10154-DF7
Debtor.: NIHAD BLAZEVIC
Judge..: DIANE FINKLE
Trustee: Lisa Geremia
Amount.:                    $12,870.57 CH
Check#.: 115

Total-> $12,870.57

FROM: LISA GEREMIA